MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
GABRIEL QUINTERO

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL QUINTERO<br><br>　　　　　　　　Defendant. | CASE NO.  2:24-CR-00283 TLN<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: February 27, 2025<br>TIME: 9:00 a.m.<br>COURT: HON. TROY L. NUNLEY |

**STIPULATION**

All parties hereto request a new date for sentencing, requesting February 27, 2025.

The dates agreed upon are set forth below.

Judgement and Sentencing Date:　　　　　　　　　　　February 27, 2025, at 9:30 am

Sentencing Memorandums, Reply, or Statement of Non-Opposition: February 20, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:　　　February 13, 2025

STIP TO MODIFY SENTENCE DATE

| | |
|---|---|
| IT IS SO STIPULATED. | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: December 3, 2024 | /s/ *EMILY SAUVAGEAU* |
| | Assistant United States Attorney |
| | /s/ *MARK J. REICHEL* |
| Dated: December 3, 2024 | |
| | MARK J. REICHEL<br>Counsel for Defendant |

IT IS SO ORDERED.

Dated: December 4, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE