REICHELLAW PC
MARK REICHEL, State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
WWW.REICHELLAW.COM

Attorney for Defendant
GABRIEL QUINTERO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL QUINTERO,<br><br>Defendant | Case No.: 24-CR-0283 TLN<br><br>STIPULATION REGARDING NEW SENTENCING DATE<br><br>Date: March 27, 2025<br>Time: 9:00 AM<br>Court: Hon. TROY L. NUNLEY |

**STIPULATION**

The parties hereto agree and request that the sentencing date in this matter be re calendared for March 27, 2025, at 9:30 a.m.

Sentencing Memorandums shall be filed no later than March 20, 2025.

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

**IT IS SO STIPULATED**.

Dated: February 19, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ EMILY SAVAGEAU*
Assistant United States Attorney

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant

Dated: February 19, 2025

**FINDINGS AND ORDER**

IT IS SO ORDERED this 19th day of February 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
2